Certificate Number: 03088-ILN-DE-030490151

Bankruptcy Case Number: 18-01399


03088-ILN-DE-030490151

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 28, 2018, at 8:20 o'clock PM CST, Jennifer G Dancel completed a course on personal financial management given by internet and telephone by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Northern District of Illinois.

Date: January 28, 2018

By: /s/Doug Tonne

Name: Doug Tonne

Title: Counselor